# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01629-ZLW
(Removal from District Court, County of Summit, State of Colorado, Case No. 08CV202)

THOMAS W. SMITH, and
PAMELA K,. SMITH

      Plaintiffs, (Defendants Below),

v.

WELLS FARGO BANK, N.A., as Trustee,

      Defendant, (Plaintiff Below)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 26 2008

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      On August 22, 2008, Plaintiff filed a Motion to Consolidate. The Motion is denied as inappropriately filed in the instant action. The Motion also is moot as this action was summarily remanded to state court on August 1, 2008.

Dated: August 26, 2008

---

Copies of this Minute Order mailed on August 26, 2008, to the following:

Thomas W. Smith
Pamela W. Smith
PO Box 1909
Dillon, CO 80435

                                   Secretary/Deputy Clerk